JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/9/2015

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY  DV  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHERICE NORRIS,

    Plainfitff,

vs.

LOS ANGELES COUNTY DCFS, et al.,

    Defendants.

Case No. CV 15-0129-RT (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 6, 2015

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY  DV  DEPUTY

ROBERT J. TIMLIN
ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE